# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1718
_____

GREGORY DAVIS,

    Appellant,

    v.

STATE OF FLORIDA and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

    Appellees.

_____

On appeal from the Circuit Court for Hamilton County.
Frederick Laurence Koberlein, Jr., Judge.

May 14, 2024


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Gregory Davis, pro se, Appellant.

Ashley Moody, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellee, the State of Florida, and Alex A. Christiano, Assistant General Counsel, Tallahassee, for Appellee, Florida Commission on Offender Review.